

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

By order dated September 24, 2019, appellants were ordered to show cause in writing no later than October 9, 2019, why this appeal should not be dismissed for want of prosecution because appellants had failed to timely file a brief. *See* TEX. R. APP. P. 38.8(a). On October 4, 2019, appellees filed a motion to dismiss this appeal because the appellants' notices of appeal were untimely filed. Having reviewed the clerk's record filed in this appeal, we agree with the appellees' jurisdictional challenge. It is therefore ORDERED that the appellants file a response to the appellees' motion no later than October 17, 2019, showing cause why this appeal should not be dismissed for lack of jurisdiction.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk